**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **Miscellaneous No.** |
| **WITHDRAWAL OF APPEARANCES BY JODI L. HAUSE IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF THOMAS SONG IN VARIOUS OPEN CASES** | : | |

**OMNIBUS JOINT MOTION TO WITHDRAW THE APPEARANCE OF JODI L. HAUSE AND ENTER THE APPEARANCE OF THOMAS SONG**

NOW COME Movants, Jodi L. Hause and Thomas Song of Phelan Hallinan Diamond & Jones, LLP, to file this Omnibus Joint Motion to Withdraw the Appearance of Jodi L. Hause and Enter the Appearance of Thomas Song, and in support hereof state as follows:

1. Attorney Jodi. L. Hause, Esquire (hereinafter referred to as "Attorney Hause"), formerly of Phelan Hallinan Diamond & Jones, LLP (hereinafter referred to as the "Firm"), entered her appearance on behalf of various servicers, banks and investors that are the clients of the Firm. A true and correct copy of cases in which Attorney Hause is listed as the attorney of record is attached to this Motion as Exhibit "A".

2. Since Attorney Hause has separated from the Firm it is the request of both parties that Attorney Hause is withdrawn as the attorney of record from the cases set forth in Exhibit A list of cases.

3. Thomas Song, of Phelan Hallinan Diamond & Jones, LLP, requests to have his appearance substituted as the attorney of record in the attached list of cases.

4. Movants attest that the withdraw and substitution would not prejudice any party because the clients represented by Phelan Hallinan Diamond & Jones, LLP, in the attached list of cases will continue to be represented by Phelan Hallinan Diamond & Jones, LLP.

**WHEREFORE**, Jodi L. Hause and Thomas Song respectfully request that this Honorable Court grant the withdrawal of Jodi L. Hause from the cases listed in Exhibit "A" and substitute the appearance of Thomas Song.

Respectfully Submitted:

/s/ Thomas Song, Esquire
Thomas Song, Esquire
PA ID. No. 89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: thomas.song@phelanhallinan.com

Consented to by:

/s/ Jodi L. Hause, Esquire
Jodi L. Hause, Esquire
PA ID No. 90625

April 27, 2020